

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

June 14, 1963

Dr. J. E. Peavy
Commissioner of Health
State Department of Health
Austin, Texas

Opinion No. C-98

Re: Can a retail vendor of
bedding in Texas legally
sell items of bedding pur-
chased from a wholesaler
located outside Texas who
has purchased the bedding
from a manufacturer outside
of Texas who does not hold
the permit required by
Dear Dr. Peavy:                    Article 4476a, V. C.S.?

You have requested the opinion of this office
as to whether a retail vendor of bedding in Texas may
legally sell items of bedding purchased from a whole-
saler located outside Texas who has purchased the bed-
ding from a manufacturer outside of Texas who does not
hold the permit required by Article 4476a, Vernon's
Civil Statutes (the Texas Bedding Law).

Article 4476a, Vernon's Civil Statutes, reads
in pertinent part as follows:

"Section 5(e)  The Department,
through its authorized representative,
shall have authority to place 'Off-
Sale' any article of bedding or material
which is offered for sale, or which
could be offered for sale, in violation
of this Act. . . ."

"Section 7(a).  No person shall manu-
facture, renovate, sell or lease, or have
in his possession with intent to sell or
lease in the State of Texas, any bedding
covered by the provisions of this Act, un-
less there be affixed to the tag required

-483-

> by this Act by the person manufacturing, renovating, selling or leasing the same, an adhesive stamp prepared and issued by this Department."

The tag referred to in Section 7(a) above is a label which the Texas Bedding Law requires to be affixed by the manufacturer of the bedding. The tag must have the manufacturer's permit number stamped thereon, in addition to certain other information. It is clear that, if a foreign manufacturer has not obtained a permit, any tag affixed to the bedding will not carry the necessary permit number, and will not comply with the permit provisions of the Texas Bedding Law.

By the quoted provisions of Section 5(e), supra, the State Department of Health has authority to place "Off-Sale" any bedding that does not comply with the provisions of this Act. That would appear to apply to bedding offered for sale by retailers in this State, if such bedding does not carry the necessary tag and permit number. It is equally true that a Texas retailer could not legally sell bedding that does not carry the required tag, for the reason that Section 7(a), supra, requires that the retailer affix a stamp to the required tag. If the required tag is not present, no stamp may properly be affixed. Without the proper stamp, any sale of bedding covered by the provisions of Article 4476a would be improper, and exposes the seller to the penalties imposed under the Act.

## S U M M A R Y

A retail vendor of bedding in Texas may not legally sell items of bedding purchased from a wholesaler located outside of Texas who has purchased the bedding from a manufacturer outside of Texas who does not hold the permit required by Article 4476a, V.C.D.

Yours very truly,

WAGGONER CARR
Attorney General

By  *Malcolm L Quick*
    Malcolm L. Quick
    Assistant

MLQ:ms

Dr. J. E. Peavy, page 3 (C-98)


APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
John Reeves
W. O. Shultz
M. K. Wall
Howard Fender

APPROVED FOR THE ATTORNEY GENERAL
By:  Stanton Stone